**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| REUBEN DRAKE, | * | |
| Petitioner | * | |
| v | * | Criminal Case BPG-22-0095 |
| SYNCHRONY BANK, | * | |
| Respondent | * | |
| | *** | |

## ORDER

Before the court for preliminary review is self-represented plaintiff Reuben Drake's Complaint (ECF No. 1) and Motion for Leave to Proceed in Forma Pauperis (ECF No. 2). Drake will be granted leave to proceed in forma pauperis based on the information he has provided.

The Complaint alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. and the Maryland Telephone Consumer Protection Act, Md. Code Ann., Com. Law § 14-320, *et seq*. and a state common-law claim for invasion of privacy, essentially the same claims that Drake raised in *Drake v. Synchrony Bank*, Civil Action No. CCB-19-2134. In that earlier case, Synchrony Bank filed a Motion to Dismiss, the matter has been fully briefed, and on September 3, 2020, the case was stayed and administratively closed upon Synchrony Bank's unopposed Motion.

Drake shall provide reasons, if any, why the Complaint should not be dismissed without prejudice as duplicative to the complaint filed in *Drake v. Synchrony Bank*, Civil Action No. CCB-19-2134. Drake is cautioned that failure to comply with this order by January 31, 2022, will result in dismissal of this case without prejudice.

Accordingly, it is this __19__ day of January, 2022, by the United States District Court for the

District of Maryland, hereby ORDERED that:

1. The Motion for Leave to Proceed in Forma Pauperis (ECF No. 2) IS GRANTED;

2. Plaintiff SHALL SHOW cause on or before January 31, 2022, why this case should not be dismissed without prejudice as duplicative to *Drake v. Synchrony Bank*, Civil Action No. CCB-19-2134; and

3. The Clerk SHALL MAIL a copy of this Order to Plaintiff.

_____
Beth P. Gesner
Chief United States Magistrate Judge